1  [COUNSEL LISTED
2  ON SIGNATURE PAGE]
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                           OAKLAND DIVISION

11 | SHARPER IMAGE CORPORATION, a )
   | Delaware corporation,                  )
12 |                                        )   Case No. C-04-0824 CW (WDB)
   |              Plaintiff,                )
13 |                                        )
   |       vs.                              )
14 |                                        )
   | THE MAY DEPARTMENT STORES              )   **JOINT STIPULATION TO MODIFY THE**
15 | COMPANY, a Delaware corporation,       )   **DEPOSITION LIMITS ESTABLISHED**
   | TARGET CORPORATION, a Minnesota        )   **BY FRCP 30(a)(2)(A)**
16 | corporation, IONIC PRO, LLC, a Delaware)
   | company, QWIK COOK, INC. d/b/a HOME    )
17 | TRENDS, a New York corporation, IDEAL  )
   | PRODUCTS, LLC, a Nevis company,        )
18 | SYLMARK, INC., a Delaware corporation, )
   | SYLMARK, LLC, a Delaware company,      )
19 | FACTORIES2U, LLC, a California company,)
   | and CHAIM MARK BESS, an individual,    )
20 |                                        )
   |              Defendants.               )
21 |                                        )

22
23
24
25
26
27
28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1330107

JOINT STIPULATION RE: NUMBER OF DEPOSITIONS
(Case No. C-04-0824)

## RECITALS

1. WHEREAS, Federal Rule of Civil Procedure 30(a)(2)(A) provides that Plaintiffs and Defendants are each entitled to take no more than ten depositions without leave of court;

2. WHEREAS, litigation regarding U.S. Patent Number 6,713,026 ("the '026 patent) was stayed by the Court by Order dated April 18, 2005;

3. WHEREAS, there is currently in effect an Order Following Review of Parties' Proposed Discovery Schedule ("Scheduling Order"), dated May 6, 2005, providing for, among other things, fact and expert discovery cut off deadlines. The Scheduling Order does not address issues regarding depositions and explicitly does not apply to matters concerning the '026 patent;

4. WHEREAS, the parties have agreed to the following provisions regarding the taking of depositions in order to facilitate the completion of discovery in this case in a prompt and effective manner; and THEREFORE:

## STIPULATION

**IT IS HEREBY STIPULATED**, by and between counsel for Plaintiff, on the one hand, and counsel for Defendants, on the other hand, that:

(1) Depositions of expert witnesses will not count among the ten (10) depositions permitted to be taken by each side under Federal Rule of Civil Procedure 30(a)(2)(A);

(2) Depositions relating only to U.S. Patent Number 6,713,026 ("the '026 patent") will not count among the ten (10) depositions permitted to be taken by each side under Federal Rule of Civil Procedure 30(a)(2)(A); and

(3) Notwithstanding the close of discovery, depositions may be re-opened to address topics relating to the '026 patent, if and when litigation regarding the '026 patent resumes in the District Court.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1330107

- 1 -

JOINT STIPULATION RE: NUMBER OF DEPOSITIONS
(Case No. C-04-0824)

| | |
|---|---|
| 1 | IT IS SO STIPULATED |
| 2 | e. robert (bob) wallach (SBN 29078)<br>Lawyer-Counselor |
| 3 | Law Offices of e. robert (bob) wallach, P.C.<br>P. O. Box 2670 |
| 4 | San Francisco, CA 94126-2670<br>155 Jackson Street, No. 602 |
| 5 | San Francisco, CA 94111<br>(415) 989-6445 |
| 6 | David L. Aronoff (SBN 152606) |
| 7 | Thelen Reid & Priest LLP<br>333 South Hope Street, Suite 2900 |
| 8 | Los Angeles, CA 90071-3048<br>(213) 576-8044 |
| 9 | Jeffrey W. Shopoff (SBN 46278) |
| 10 | Shopoff & Cavallo, LLP<br>353 Sacramento Street, Suite 1040<br>San Francisco, CA 94111 |
| 11 | (415) 984-1975 |
| 12 | Alan L. Barry (*pro hac vice*)<br>Heather Boice (*pro hac vice*) |
| 13 | Bell, Boyd & Lloyd LLC<br>Three First National Plaza |
| 14 | 70 West Madison, Suite 3300<br>Chicago, IL 60610 |
| 15 | Telephone: (312) 372-1121 |
| 16 | Dated: July 29, 2005 |
| 17 | Heather Boice, counsel for<br>Plaintiff and Counterdefendant Sharper Image Corporation |
| 18 | |
| 19 | IRELL & MANELLA LLP<br>Morgan Chu (70446) |
| 20 | Jonathan S. Kagan (166039)<br>Elizabeth L. Rosenblatt (203196) |
| 21 | 1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276 |
| 22 | Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199 |
| 23 | |
| 24 | Dated: July 29, 2005 |
| 25 | Elizabeth L. Rosenblatt, counsel for Defendants and<br>Counterclaimants Target Corporation, Ionic Pro, LLC, Ideal |
| 26 | Products, LLC, Sylmark, Inc., Sylmark, LLC, Qwik Cook,<br>Inc. d/b/a Home Trends, Factories2U, LLC, and |
| 27 | Chaim Mark Bess |
| 28 | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1330107

- 2 -

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL
(Case No. C-04-0824)

1  I, Elizabeth Rosen, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence
2  to the filing of this document has been obtained from each signatory hereto.

Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 1, 2005

IT IS SO ORDERED
Judge Wayne D. Brazil

HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1330107

- 3 -

DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL
(Case No. C-04-0824)