[COUNSEL LISTED
ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware company, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, IDEAL PRODUCTS, LLC, a Nevis company, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware company, FACTORIES2U, LLC, a California company, and CHAIM MARK BESS, an individual,<br><br>Defendants. | Case No. C-04-0824 CW (WDB)<br><br>**JOINT STIPULATION TO MODIFY THE TIME LIMIT TO OPPOSE SHARPER IMAGE'S AUGUST 12, 2005 MOTION FOR PROTECTIVE ORDER** |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1340786

JOINT STIP. RE: SHARPER IMAGE'S AUGUST 12, 2005 MOTION FOR PROTECTIVE ORDER
(Case No. C-04-0824)

## RECITALS

1. WHEREAS, Plaintiff Sharper Image Corporation ("Sharper Image") filed a Motion for Protective Order on August 12, 2005 and set that motion to be heard on September 14, 2005, which is 33 days after the motion was noticed;

2. WHEREAS, Northern District of California Local Rule 7-2(a) ("Local Rule") requires that motions be noticed not less than 35 days before the hearing date and Local Rule 7-3 requires that the opposition be filed not less than 21 days before the hearing date and the reply be filed not less than 14 days before the hearing date;

3. WHEREAS, the parties have agreed to the following revision of the time limits set out by Local Rule 7-3; and THEREFORE:

## STIPULATION

**IT IS HEREBY STIPULATED**, by and between counsel for Plaintiff, on the one hand, and counsel for Defendants, on the other hand, that:

(1) Defendants will file and serve their opposition to Sharper Image's Motion for Protective Order not later than Friday, August 26, 2005;

(2) Plaintiff will serve its reply to Defendant's opposition not less than 14 days before the hearing date.

**IT IS SO STIPULATED**

e. robert (bob) wallach (SBN 29078)
Lawyer-Counselor
Law Offices of e. robert (bob) wallach, P.C.
P. O. Box 2670
San Francisco, CA 94126-2670
155 Jackson Street, No. 602
San Francisco, CA 94111
(415) 989-6445

David L. Aronoff (SBN 152606)
Thelen Reid & Priest LLP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071-3048
(213) 576-8044

Jeffrey W. Shopoff (SBN 46278)
Shopoff & Cavallo, LLP
353 Sacramento Street, Suite 1040
San Francisco, CA 94111
(415) 984-1975

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1340786

- 1 -

JOINT STIP. RE: SHARPER IMAGE'S AUGUST 12, 2005 MOTION FOR PROTECTIVE ORDER
(Case No. C-04-0824)

```
                                    Alan L. Barry (pro hac vice)
1                                   Heather Boice (pro hac vice)
                                    Bell, Boyd & Lloyd LLC
2                                   Three First National Plaza
                                    70 West Madison, Suite 3300
3                                   Chicago, IL 60610
                                    Telephone: (312) 372-1121
4
5
    Dated: August 17, 2005          /s/ Heather Boice
6                                   Heather A. Boice, counsel for
7                                   Plaintiff and Counterdefendant Sharper Image Corporation

8
                                    IRELL & MANELLA LLP
9                                   Morgan Chu (70446)
                                    Jonathan S. Kagan (166039)
10                                  Elizabeth L. Rosenblatt (203196)
                                    1800 Avenue of the Stars, Suite 900
11                                  Los Angeles, California 90067-4276
                                    Telephone:   (310) 277-1010
12                                  Facsimile:   (310) 203-7199

13  Dated: August 17, 2005          /s/ Elizabeth Rosenblatt
                                    Elizabeth L. Rosenblatt, counsel for Defendants and
14                                  Counterclaimants Target Corporation, Ionic Pro, LLC, Ideal
                                    Products, LLC, Sylmark, Inc., Sylmark, LLC, Qwik Cook,
15                                  Inc. d/b/a Home Trends, Factories2U, LLC, and
                                    Chaim Mark Bess
16

17      I, Mary Ann Novak hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
18  concurrence to the filing of this document has been obtained from each signatory hereto.
19                                  /s/ Mary Ann Novak
                                    Attorney for Defendants
20

21
            PURSUANT TO STIPULATION, IT IS SO ORDERED.
22
23
    Dated: August 18, 2005          _____
24                                  HONORABLE WAYNE D. BRAZIL
                                    UNITED STATES MAGISTRATE JUDGE
25                                  IT IS SO ORDERED
                                    Judge Wayne D. Brazil
26
27
28
```

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1340786

- 2 -

JOINT STIP. RE: SHARPER IMAGE'S AUGUST 12, 2005 MOTION FOR PROTECTIVE ORDER
(Case No. C-04-0824)