UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARPER IMAGE CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>THE MAY DEPARTMENT STORES, et al.,<br>        Defendant(s).<br>_____/ | No. C 04-0824  CW (WDB)<br><br>ORDER |

    The Court has reviewed plaintiff's counsel's correspondence of today's date, reflecting the parties' inability to reach agreement on a deposition schedule in this case.  Unless the parties are able to resolve their scheduling problems forthwith (as is their clear responsibility), they must submit, **no later than Friday, August 26, 2005, at noon**, letter briefs  in support of their respective positions.  The Court will decide after reviewing the letter briefs whether it is necessary to conduct a hearing regarding these matters.

    If the court deems it necessary to conduct such a hearing, it will expect all counsel to

///

///

///

///

1

1  be prepared to show cause why they should not be sanctioned.
2      IT IS SO ORDERED.
3  Dated:  August 23, 2005                    /s/  Wayne D. Brazil
                                              WAYNE D. BRAZIL
4                                             United States Magistrate Judge

5  cc: parties, WDB, CW, stats.

2