UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARPER IMAGE CORP., | No. C 04-0824 CW (WDB) |
| Plaintiff, | ORDER RE SCHEDULING DEPOSITIONS |
| v. | |
| THE MAY DEPARTMENT STORES CO.; IONIC PRO, LLC, et al., | |
| Defendants. | |

Because the deposition of Mr. Bess has been taken and the depositions of Mr. Wasserman and Mr. Spiegel have been set for September 27th and 29th, respectively, the scheduling issues that once beset these discovery events no longer require the court's attention.

It appears that dates have not been set for several depositions noticed by Ionic Pro. It is hereby ORDERED that by noon on Thursday, September 1st, plaintiff must offer counsel for defendants at least two alternative reasonable dates, none later than October 17, 2005, for the depositions of Mr. Schultz, Mr. Bellegarde, Mr. Farrell, Mr. Taylor, and Mr. Feroe. In addition, by noon on Thursday, September 1, 2005, counsel for plaintiff must either offer at least two alternative reasonable dates for

1. completion of the Rule 30(b)(6) deposition or file a motion for a protective order,
2. setting forth with particularity the legal and factual justification for its refusal to do
3. so.
4. IT IS SO ORDERED.
5. Dated: August 26, 2005.

                    /s/ Wayne D. Brazil
                    WAYNE D. BRAZIL
                    United States Magistrate Judge

Copies to:
    All parties,
    WDB, Stats