[COUNSEL LISTED
ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware company, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, IDEAL PRODUCTS, LLC, a Nevis company, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware company, FACTORIES2U, LLC, a California company, and CHAIM MARK BESS, an individual,<br><br>Defendants. | Case No. C-04-0824 CW (WDB)<br><br>**JOINT STIPULATION TO ADJUST BRIEFING AND HEARING SCHEDULE FOR DISCOVERY MOTIONS FILED BETWEEN AUGUST 16, 2005 AND SEPTEMBER 1, 2005** |

**RECITALS**

1. WHEREAS, Civil Local Rule 7-2(a) provides that a motion must be served and noticed for a date not less than 35 days after service of the motion;

2. WHEREAS, Civil Local Rule 7-3(a) provides that any opposition to a motion must be filed and served not less than 21 days before the scheduled hearing;

2. WHEREAS, Civil Local Rule 7-3(c) provides that any reply to a motion must be filed and served not less than 14 days before the scheduled hearing;

3. WHEREAS, the parties have filed several discovery-related motions as follows:

- Docket No. 202 (Plaintiff Sharper Image Corporation's Motion to Compel);
- Docket No. 208 (Defendants' Motion to Compel Sharper Image Corporation To Produce Documents And Respond to Interrogatories Regarding Financial And Marketing Information);
- Docket No. 220 (Plaintiff Sharper Image Corporation's Motion to Compel);
- Docket No. 227 (Defendants' Motion to Compel Sharper Image Corporation To Produce Documents And Respond to Interrogatories Regarding Its Ionic Air Purifier Products);
- Docket No. 232 (Defendants' Motion to Compel Sharper Image Corporation to Provide Proper Responses to Written Discovery);
- Docket No. 237 (Defendants' Motion to Compel Sharper Image Corporation To Provide Substantive Responses to Discovery Requests); and
- Docket No. 241 (Motion For Protective Order).

4. WHEREAS, certain of these motions are calendared for hearing by the Court on September 28, 2005 and certain of these motions are calendared for hearing by the Court on October 4, 2005;

5. WHEREAS, to facilitate the efficient briefing and hearing of discovery motions, the parties have agreed to have all of the above motions heard by the Court on October 4, 2005;

6. WHEREAS, the parties have agreed upon a modified briefing schedule for the above-mentioned motions;

//

//

**IT IS HEREBY STIPULATED**, by and between counsel for Plaintiff, on the one hand, and counsel for Defendants, on the other hand, that the briefing and hearing of the above-mentioned discovery motions shall be scheduled as follows:

| Event | Original Date | New Date |
|---|---|---|
| Oppositions to Docket Nos. 202 and 208 | September 7, 2005 | September 12, 2005 |
| Oppositions to Docket Nos. 220, 227, 232, and 237 | September 13, 2005 | September 14, 2005 |
| Oppositions to Docket No. 241 | September 13, 2005 | September 15, 2005 |
| Replies to Docket Nos. 202 and 208 | September 14, 2005 | September 20, 2005 |
| Replies to Docket Nos. 220, 227, 232, and 237 | September 20, 2005 | September 20, 2005 |
| Replies to Docket Nos. 241 | September 20, 2005 | September 20, 2005 |
| Hearing on Docket Nos. 202 and 208 | September 28, 2005 | October 4, 2005 |
| Hearing on Docket Nos. 220, 227, 232, 237, 241 | October 4, 2005 | October 4, 2005 |

**IT IS SO STIPULATED.**

```
                              e. robert (bob) wallach (SBN 29078)
                              Lawyer-Counselor
                              Law Offices of e. robert (bob) wallach, P.C.
                              P. O. Box 2670
                              San Francisco, CA  94126-2670
                              155 Jackson Street, No. 602
                              San Francisco, CA  94111
                              (415) 989-6445

                              David L. Aronoff (SBN 152606)
                              Thelen Reid & Priest LLP
                              333 South Hope Street, Suite 2900
                              Los Angeles, CA  90071-3048
                              (213) 576-8044

                              Jeffrey W. Shopoff (SBN 46278)
                              Shopoff & Cavallo, LLP
                              353 Sacramento Street, Suite 1040
                              San Francisco, CA  94111
                              (415) 984-1975

                              Alan L. Barry (pro hac vice)
                              Heather Boice (pro hac vice)
                              Bell, Boyd & Lloyd LLC
                              Three First National Plaza
                              70 West Madison, Suite 3300
                              Chicago, IL  60610
                              Telephone:  (312) 372-1121
```

Dated: September 2, 2005              /s/ Amy G. O'Toole
                                    Amy G. O'Toole, counsel for
                                    Plaintiff and Counterdefendant Sharper Image Corporation

```
IRELL & MANELLA LLP
Morgan Chu (70446)
Jonathan S. Kagan (166039)
Elizabeth L. Rosenblatt (203196)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199
```

Dated: September 2, 2005       /s/ Elizabeth L. Rosenblatt
Elizabeth L. Rosenblatt, counsel for Defendants and Counterclaimants Target Corporation, Ionic Pro, LLC, Ideal Products, LLC, Sylmark, Inc., Sylmark, LLC, Qwik Cook, Inc. d/b/a Home Trends, Factories2U, LLC, and Chaim Mark Bess

I, Elizabeth L. Rosenblatt, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ Elizabeth L. Rosenblatt
Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: September 6, 2005

HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Wayne D. Brazil]*