UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARPER IMAGE CORPORATION,<br><br>           Plaintiff,<br><br>     v.<br><br>THE MAY DEPARTMENT STORES, et al.,<br>           Defendant(s).<br>_____/ | No. C 04-0824 CW (WDB)<br><br>ORDER RE BRIEFING ON PLAINTIFF'S MOTION FOR MODIFICATION OF CASE MANAGEMENT ORDER |

Judge Wilken has referred plaintiff's motion for modification of the case management order and ex parte application for an order shortening time for hearing on that motion to the undersigned.

Pursuant to that referral, the Court (earlier today) granted defendants' request to file a sur-reply brief in support of their opposition to that motion. The Court **also** permits plaintiff to file a sur-rebuttal to defendants' sur-reply. If plaintiff wishes to file such a sur-rebuttal, it must be e-filed by no later than Wednesday, October 12, 2005, at 4:30 p.m.

The Court will thereafter decide whether it is necessary to conduct a hearing on plaintiff's motion.

IT IS SO ORDERED.

Dated:   October 11, 2005          /s/ Wayne D. Brazil
                                   WAYNE D. BRAZIL
                                   United States Magistrate Judge

cc: parties, WDB, CW, stats.

1