1  [COUNSEL LISTED
2  ON SIGNATURE PAGE]

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware company, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, IDEAL PRODUCTS, LLC, a Nevis company, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware company, FACTORIES2U, LLC, a California company, and CHAIM MARK BESS, an individual,<br><br>Defendants. | Case No. C-04-0824 CW (WDB)<br><br>[PROPOSED] AMENDED STIPULATED CASE MANAGEMENT ORDER |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1393049

JOINT STIP. RE: AMENDING CASE MANAGEMENT
STATEMENT (Case No. C-04-0824)

# **RECITALS**

1. WHEREAS, there is currently in effect an Amended Stipulated Case Management Order, dated on or about February 3, 2005 and with dates later modified by an Order of Magistrate Judge Brazil on May 6, 2005, providing for, among other things, fact and expert discovery cut off deadlines, a dispositive motion hearing deadline, and a date for the final pretrial conference and trial. In light of the above events, the parties jointly seek to have the Case Management Order amended to extend certain of these dates and deadlines;

2. WHEREAS, Magistrate Judge Brazil ordered on August 26, 2005 that certain fact depositions not occur later than October 17, 2005;

3. WHEREAS, despite the best efforts of the parties, all fact depositions will not be completed by October 17, 2005;

4. WHEREAS, the parties exchanged their experts' reports on August 29, 2005 and their rebuttal experts' reports on September 23, 2005;

5. WHEREAS, the parties have depositions scheduled for October 18 and October 20, 2005;

6. WHEREAS, on October 4, 2005, Magistrate Judge Brazil held a hearing on several motions to compel, the outcome of which may require additional time for certain events, including depositions. On October 4, 2005, the Court issued a minute order (D.I. 366) indicating that a final order will follow;

7. WHEREAS, Sharper Image has sought leave to take five additional depositions beyond Rule 30(a)(2)(A) in its motion to amend the case management order (D.I. 305). Defendants have opposed this motion (D.I. 356). If this motion is granted, these depositions will not be completed by October 17, 2005, but will commence shortly after the Court's ruling;

8. WHEREAS, the parties stipulate to the below amendments to the Case Management Order to facilitate the completion of discovery in this case in a prompt and effective manner; and THEREFORE:

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 1 -

JOINT STIP. RE: AMENDING CASE MANAGEMENT
STATEMENT  (Case No. C-04-0824)

1393049

## STIPULATION

**IT IS HEREBY STIPULATED**, by and between counsel for Plaintiff, on the one hand, and counsel for Defendants, on the other hand, that the Case Management Order shall be amended as follows:

| Event | New Date |
|---|---|
| Continuation of Deposition of Robert Schultz | October 18, 2005 |
| Deposition of Federico De Bellegarde | October 20, 2005 |
| Completion of Expert Discovery | November 23, 2005 |
| Deadline to File Dispositive Motions | December 2, 2005 |
| Deadline for Dispositive Motion Oppositions | December 16, 2005 |
| Deadline for Dispositive Motion Replies | December 23, 2005 |
| Hearing on Dispositive Motions | January 27, 2005 at 10 a.m. |

All other deadlines, including Pre-Trial Conference and Trial dates, remain the same.

**IT IS SO STIPULATED.**

        e. robert (bob) wallach (SBN 29078)
        Lawyer-Counselor
        Law Offices of e. robert (bob) wallach, P.C.
        P. O. Box 2670
        San Francisco, CA  94126-2670
        155 Jackson Street, No. 602
        San Francisco, CA  94111
        (415) 989-6445

        David L. Aronoff (SBN 152606)
        Thelen Reid & Priest LLP
        333 South Hope Street, Suite 2900
        Los Angeles, CA  90071-3048
        (213) 576-8044

        Alan L. Barry (*pro hac vice*)
        Amy G. O'Toole (*pro hac vice*)
        Heather Boice (*pro hac vice*)
        Bell, Boyd & Lloyd LLC
        Three First National Plaza
        70 West Madison, Suite 3300
        Chicago, IL  60610
        Telephone:  (312) 372-1121

Dated: October 10, 2005      /s/ Amy G. O'Toole_____
        Amy G. O'Toole, counsel for
        Plaintiff and Counterdefendant Sharper Image Corporation

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

JOINT STIP. RE: AMENDING CASE MANAGEMENT
STATEMENT  (Case No. C-04-0824)

1393049

IRELL & MANELLA LLP
Morgan Chu (70446)
Jonathan S. Kagan (166039)
Elizabeth L. Rosenblatt (203196)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

Dated: October 10, 2005            /s/ Elizabeth L. Rosenblatt
                                   Elizabeth L. Rosenblatt, counsel for Defendants and
                                   Counterclaimants Target Corporation, Ionic Pro, LLC, Ideal
                                   Products, LLC, Sylmark, Inc., Sylmark, LLC, Qwik Cook,
                                   Inc. d/b/a Home Trends, Factories2U, LLC, and
                                   Chaim Mark Bess

I, Elizabeth L. Rosenblatt, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                   /s/ Elizabeth L. Rosenblatt
                                   Attorney for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   10/11   , 2005

                                   HONORABLE CLAUDIA WILKEN
                                   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Claudia Wilken*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

1393049

- 3 -

JOINT STIP. RE: AMENDING CASE MANAGEMENT
STATEMENT (Case No. C-04-0824)