UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARPER IMAGE CORPORATION,

        Plaintiff,

v.

THE MAY DEPARTMENT STORES, et al.,

        Defendant(s).
_____/

No. C 04-0824 CW (WDB)

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR MODIFICATION OF THE CASE MANAGEMENT ORDER

    Having considered the parties' multiple written submissions in connection with this dispute, the court has concluded that oral argument is not necessary. The court also has concluded that plaintiff has made a showing sufficient to justify four additional depositions: (1) Estelle Cohen, (2) the author(s) of the two Gardner Groff opinion letters on which defendants will rely, (3) the author(s) of the earlier Sutherland Asbill opinions on the same subjects, and (4) Paul Shellhammer. Plaintiff has not made a showing sufficient to justify depositions of either Mark Funk or Craig Sandler.

    IT IS SO ORDERED.

Dated: October 14, 2005

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

cc: parties, WDB, CW, stats.

1