UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHARPER IMAGE CORPORATION,

        Plaintiff,

v.

THE MAY DEPARTMENT STORES, et al.,

        Defendant(s).
_____/

No. C 04-0824 CW (WDB)

ORDER PERMITTING ADDITIONAL BRIEFING ON SHARPER IMAGE'S MOTION FOR RECONSIDERATION

The Court has reviewed Sharper Image's request for permission to file a reply to defendants' opposition to Sharper Image's motion for reconsideration, and defendants' request to file a response to that reply, both e-filed November 15, 2005, and hereby GRANTS both of those requests. Sharper Image's reply is due by November 28, 2005, and defendants' response is due by December 9, 2005. Plaintiff's reply must be limited to those subjects on which plaintiff contends Ms. Cohen provided new or contradictory financial information.

IT IS SO ORDERED.

Dated: November 17, 2005

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

cc: parties, WDB, CW, stats.

1