UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware corporation, IDEAL PRODUCTS, LLC, a Nevis (offshore) corporation, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware corporation, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, FACTORIES2U, LLC, a California corporation, and CHAIM MARK BESS, an individual,<br><br>    Defendants. | Case No.: 04-0824 CW (WDB)<br><br>**ORDER DENYING IN PART AND GRANTING IN PART SHARPER IMAGE CORPORATION'S ADMINISTRATIVE MOTION TO SEAL DOCKET INDEX NO. 520 (SHARPER IMAGE'S MOTION FOR PARTIAL SUMMARY JUDGMENT)**<br><br>Judge Claudia Wilken |

## ORDER

This matter came to be heard on Sharper Image Corporation's Motion to Provisionally Seal Sharper Docket Index No. 520 - Plaintiff Sharper Image Corporation's Notice of Motion and Motion to Strike Under CCP 425.16 (The Anti-Slapp Statute); FRCP 12(C) Motion for Judgment on the Pleadings; and/or FRCP 56 Motion for Partial Summary Judgment; and Memorandum of Points and Authorities.  The Court has considered the Motion, the Declarations of Counsel and good cause being shown therefore,

**IT IS HEREBY ORDERED THAT**, the Motion to Seal is granted in part and denied in part as follows:

THELEN REID
& PRIEST LLP

LA #382689 v1

(CASE NO.  04-0824 CW [WDB])
ORDER RE ADMINISTRATIVE MOTION TO SEAL

1.    Page 5, lines 14-23 through the words "Ionic Pro," is not material containing information designated and maintained as confidential, and thus may be publicly displayed.  The remainder of line 23 at Page 5 shall remain redacted.

2.    Page 5, lines 24-25 is not material containing information designated and maintained as confidential, and thus may be publicly displayed.

3.    Page 5, lines 27-28 through the words "to market" is not material containing information designated and maintained as confidential, and thus may be publicly displayed.  The remainder of Page 5, line 28 through Page 6, line 2 shall remain redacted.

4.    At Page 14, lines 9-11, "Defendants instructed," "to follow the Owner's Guide," and "to clean the Ionic Pro, which requires rotating the unit back to a generally upright position and returning the electrode cleaning mechanism to its original position" is not material containing information designated and maintained as confidential, and thus may be publicly displayed.  The remaining material at Page 14, lines 9-11 shall remain redacted.

5.    Sharper Image is not required to redact the Bates label designations of documents produced by Defendants under a confidential designation when referring to the Bates label numbers.

6.    Sharper Image shall electronically file its Notice of Motion and Motion to Strike Under CCP 425.16 (The Anti-Slapp Statute); FRCP 12(C) Motion for Judgment on the Pleadings; and/or FRCP 56 Motion for Partial Summary Judgment; and Memorandum of Points and Authorities in accordance with this order.  No further Motion to Provisionally Seal the brief for the remaining redacted portions is required.

**IT IS SO ORDERED.**

12/22/05                                           /s/ CLAUDIA WILKEN

Dated: _____                            _____
                                                         JUDGE CLAUDIA WILKEN