UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware company, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, IDEAL PRODUCTS, LLC, a Nevis company, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware company, FACTORIES2U, LLC, a California company, and CHAIM MARK BESS, an individual,<br><br>　　　　Defendants. | Case No. C-04-0824 CW (WDB)<br><br><br><br><br><br>Ctrm:　2 (4th Floor)<br><br>Judge: Judge Claudia Wilken |

# AMENDED ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

Defendants' Administrative Motion to File Documents Under Seal Pursuant To Local Rule 79-5 came before the Court. The Court has considered the Motion and all other matters presented to the Court.

IT IS HEREBY ORDERED THAT portions of Defendants' Motion For Summary Judgment, a portion of the Declaration of Peter Spiegel In Support Of Defendants' Motion For Summary Judgment, and Exhibits K, L, M, O, Q, **AA, GG, QQ, RR,** VV, WW, **AAA,** BBB, CCC, **GGG,** and HHH to the Declaration Of Elizabeth L. Rosenblatt In Support Of Defendants' Motion For Summary Judgment. **The motion is to seal is denied with respect to Exhibits P, III, and LLL.**

IT IS SO ORDERED.

12/22/05                                    /s/ CLAUDIA WILKEN

Dated: _____

Hon. Claudia Wilken
Judge, United States District Court

Respectfully submitted,

IRELL & MANELLA LLP
Morgan Chu
Jonathan S. Kagan
Mary Ann Novak
Elizabeth L. Rosenblatt

By:   /s/   Elizabeth L. Rosenblatt
      Elizabeth L. Rosenblatt
      Attorneys for Defendants

1418414   [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
(Case No. C-04-0824)