UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARPER IMAGE CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>THE MAY DEPARTMENT STORES, et al.,<br>        Defendant(s).<br>_____/ | No. C 04-0824  CW (WDB)<br><br>ORDER RE: PLAINTIFF'S MOTION TO COMPEL FILED DECEMBER 28, 2005 |

The court has reviewed the papers submitted by the parties that present their positions about when the court should hear plaintiff's motion to compel defendant Ionic Pro to produce additional information related to damages. The court also has reviewed the substance of plaintiff's motion to compel (filed December 28, 2005).

Having considered this material, and understanding fully that Ionic Pro has not had occasion to set forth in full (in an opposition brief) the bases for its position, the court is mystified about why there is a need for any motion activity in this arena. The way counsel have handled discovery in this case raises serious questions about their professionalism – and tempts the court to consider initiating disciplinary proceedings.

1

Regardless of how stored (in hard copy or electronically), if Ionic Pro has access to periodic or occasional reports (whether considered 'interim' or 'draft' or 'provisional' or anything else) that were generated in the normal course of business and that disclose income received from the sale of air purifiers or expenses/costs incurred in connection with the manufacture or sale of air purifiers, Ionic Pro must produce those reports to counsel for plaintiff by January 23, 2006. If no such periodic or occasional reports remain in existence (in any form), Ionic Pro need not undertake to create them from retained raw data.

Defendants will be prohibited from using at trial (or for any other purpose in this litigation) any data or reports that were generated in the normal course of business that defendants have not disclosed to counsel for plaintiff by January 23, 2006.

Given these orders, there is no need to schedule a hearing on the motion to compel that plaintiff filed on December 28, 2005.

IT IS SO ORDERED.

Dated: January 4, 2006      /s/ Wayne D. Brazil
                            WAYNE D. BRAZIL
                            United States Magistrate Judge

cc: parties, WDB, CW, stats.