UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SHARPER IMAGE CORPORATION, a Delaware corporation,

Plaintiff,

vs.

THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware company, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, IDEAL PRODUCTS, LLC, a Nevis company, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware company, FACTORIES2U, LLC, a California company, and CHAIM MARK BESS, an individual,

Defendants.

Case No. C-04-0824 CW (WDB)

Ctrm: 2 (4th Floor)

Judge: Judge Claudia Wilken

**ORDER GRANTING PLAINTIFF SHARPER IMAGE CORPORATION'S ADMINISTRATIVE MOTION TO PROVISIONALLY FILE UNDER SEAL DOCUMENTS ASSOCIATED WITH SHARPER IMAGE'S REPLY IN SUPPORT OF MOTION TO STRIKE UNDER CCP 425.16 (THE ANTI-SLAPP STATUTE); FRCP 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS; AND/OR FRCP 56 MOTION FOR PARTIAL SUMMARY JUDGMENT, INCLUDING UREDACTED [sic] PORTIONS OF REPLY AND EXHIBITS I, N, O, AND P TO THE SECOND BARRY DECLARATION**

Plaintiff Sharper Image Corporation's Administrative Motion To Provisionally File Under Seal Documents Associated With Sharper Image's Reply In Support Of Motion To Strike Under CCP 425.16 (The Anti-SLAPP Statute); FRCP 12(c) Motion For Judgment On The Pleadings; And/Or FRCP 56 Motion For Partial Summary Judgment, Including Uredacted Portions Of Reply And Exhibits I, N, O, And P To The Second Barry Declaration came before the Court. The Court has considered the Motion and all other matters presented to the Court.

IT IS HEREBY ORDERED THAT portions of Plaintiff Sharper Image Corporation's Reply In Support Of Motion To Strike Under CCP 425.16 (The Anti-SLAPP Statute); FRCP 12(c) Motion For Judgment On The Pleadings; And/Or FRCP 56 Motion For Partial Summary Judgment and Exhibits I, N, O, and P to the Second Declaration Of Alan L. Barry In Support Of Plaintiff Sharper Image Corporation's Reply In Support Of Motion To Strike Under CCP 425.16 (The Anti-SLAPP Statute); FRCP 12(c) Motion For Judgment On The Pleadings; And/Or FRCP 56 Motion For Partial Summary Judgment be filed under seal pursuant to the Stipulated Protective Order dated October 25, 2004 and Civil Local Rule 79-5.

IT IS SO ORDERED.

1/23/06 /s/ CLAUDIA WILKEN

Dated: ______________________ ______________________

Hon. Claudia Wilken
Judge, United States District Court

Respectfully submitted,

IRELL & MANELLA LLP
Morgan Chu
Jonathan S. Kagan
Mary Ann Novak
Elizabeth L. Rosenblatt

By: /s/ Elizabeth L. Rosenblatt
Elizabeth L. Rosenblatt
Attorneys for Defendants