**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware corporation, IDEAL PRODUCTS, LLC, a Nevis (offshore) corporation, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware corporation, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, FACTORIES2U, LLC, a California corporation, and CHAIM MARK BESS, an individual,<br><br>　　　　　Defendants. | **Case No. C-04-0824 CW (WDB)**<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' MOTION TO STRIKE AND EVIDENTIARY OBJECTIONS REGARDING SHARPER IMAGE CORPORATION'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND EXHIBIT N TO THE KAGAN DECLARATION** |

### ORDER

This matter came to be heard on Defendants' Administrative Motion to File Documents Under Seal. The Court has considered the Motion, arguments of the parties, and good cause being shown therefore,

IT IS HEREBY ORDERED THAT, Portions of Defendants' Motion to Strike and Evidentiary Objections Regarding Plaintiff Sharper Image Corporation's Opposition to Defendants' Motion for Summary Judgment at 10:15-16 and Exhibit N to the Kagan Declaration be filed under seal, pursuant to its terms, the Stipulated Protective Order dated October 25, 2004, and Civil Local Rule 79-5.

IT IS SO ORDERED:

　　1/23/06　　　　　　　　　　　　　　　　　　　　/s/ CLAUDIA WILKEN

Dated:_____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE CLAUDIA WILKEN