UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware corporation, IDEAL PRODUCTS, LLC, a Nevis (offshore) corporation, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware corporation, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, FACTORIES2U, LLC, a California corporation, and CHAIM MARK BESS, an individual,<br><br>    Defendants. | **Case No. C-04-0824 CW (WDB)**<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' OPPOSITION TO PLAINTIFF SHARPER IMAGE CORPORATION'S MOTION FOR LEAVE TO FILE ITS THIRD AMENDED COMPLAINT AND EXHIBIT O TO THE NOVAK DECLARATION** |

## ORDER

This matter came to be heard on Defendants' Administrative Motion to File Documents Under Seal. The Court has considered the Motion, arguments of the parties, and good cause being shown therefore,

IT IS HEREBY ORDERED THAT, Portions of Defendants' Opposition to Plaintiff Sharper Image Corporation's Motion for Leave to File Its Third Amended Complaint at 6:8-9 and Exhibit O to the Novak Declaration be filed under seal, pursuant to its terms, the Stipulated Protective Order dated October 25, 2004, and Civil Local Rule 79-5.

IT IS SO ORDERED:

1/24/06                              /s/ CLAUDIA WILKEN

Dated:_____         _____
                                 U.S. DISTRICT JUDGE CLAUDIA WILKEN

1