UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware corporation, IDEAL PRODUCTS, LLC, a Nevis (offshore) corporation, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware corporation, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, FACTORIES2U, LLC, a California corporation, and CHAIM MARK BESS, an individual,<br><br>    Defendants. | **Case No. C-04-0824 CW (WDB)**<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' OPPOSITION AND EXHIBITS H, I, J, K, L AND M TO THE DECLARATION OF MARY ANN NOVAK IN SUPPORT OF DEFENDANTS' OPPOSITION |

[~~PROPOSED~~] ORDER

This matter came to be heard on Defendants' Administrative Motion to File Documents Under Seal. The Court has considered the Motion, arguments of the parties, and good cause being shown therefore,

IT IS HEREBY ORDERED THAT, **Portions of Defendants' Opposition** To Plaintiff Sharper Image Corporation's Motion To Strike Under CCP 425.16 (The Anti-SLAPP Statute); FRCP 12(c) Motion For Judgment On The Pleadings; And/Or FRCP 56 Motion For Partial Summary Judgment And Defendants' Cross-Motion For Partial Summary Judgment and **Exhibits H, I, J, K, L and M** to the Declaration Of Mary Ann Novak In Support Of Defendants' Opposition be filed under seal, pursuant to its terms, the Stipulated Protective Order dated October 25, 2004, and Civil Local Rule 79-5.

1  IT IS SO ORDERED:

2     1/24/06

3  Dated:_____  _____

4                             U.S. DISTRICT JUDGE CLAUDIA WILKEN

