# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

SHARPER IMAGE CORPORATION, a
Delaware corporation,

        Plaintiff,

        v.

THE MAY DEPARTMENT STORES
COMPANY, a Delaware corporation, TARGET
CORPORATION, a Minnesota corporation,
IONIC PRO, LLC, a Delaware corporation,
IDEAL PRODUCTS, LLC, a Nevis (offshore)
corporation, SYLMARK, INC., a Delaware
corporation, SYLMARK, LLC, a Delaware
corporation, QWIK COOK, INC. d/b/a HOME
TRENDS, a New York corporation,
FACTORIES2U, LLC, a California corporation,
and CHAIM MARK BESS, an individual,

        Defendants.

**Case No. C-04-0824 CW (WDB)**

**ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE
UNDER SEAL  PORTIONS OF
DEFENDANTS' REPLY IN SUPPORT OF
THEIR MOTION FOR SUMMARY
JUDGMENT AND EXHIBITS A AND D TO
THE KAGAN DECLARATION**

## ORDER

This matter came to be heard on Defendants' Administrative Motion to File Documents Under Seal.  The Court has considered the Motion, arguments of the parties, and good cause being shown therefore,

IT IS HEREBY ORDERED THAT, Portions of Defendants' Reply in Support of Their Motion for Summary Judgment at 4:22-23, 8:10-14, 18:12-14 and 21:6-7 and Exhibits A and D to the Kagan Declaration be filed under seal, pursuant to its terms, the Stipulated Protective Order dated October 25, 2004, and Civil Local Rule 79-5.

IT IS SO ORDERED:

1/24/06                                                     /s/ CLAUDIA WILKEN

Dated:_____          _____
                                                          U.S. DISTRICT JUDGE CLAUDIA WILKEN

1