e. robert (bob) wallach (SBN 29078) erobertbob@sbcglobal.net
Lawyer-Counselor
Law Offices of e. robert (bob) wallach, P.C.
155 Jackson Street, No. 602
San Francisco, CA  94111
Telephone:  (415) 989-6445
Facsimile:  (415) 989-3802

Alan L. Barry (*pro hac vice*) abarry@bellboyd.com
Amy O'Toole (*pro hac vice*) aotoole@bellboyd.com
Heather A. Boice *(pro hac vice)* hboice@bellboyd.com
Bell, Boyd & Lloyd LLC
Three First National Plaza
70 West Madison, Suite 3300
Chicago, IL  60602
Telephone:  (312) 372-1121
Facsimile:  (312) 827-8000

David L. Aronoff (SBN 152606) daronoff@thelenreid.com
Gayle I. Jenkins (SBN 168962) gjenkins@thelenreid.com
Thelen Reid & Priest LLP
333 South Hope Street, Suite 2900
Los Angeles, CA  90071-3048
Telephone:  (213) 576-8044
Facsimile:  (213) 576-8080

*Attorneys for Plaintiff Sharper Image Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SHARPER IMAGE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware corporation, IDEAL PRODUCTS, LLC, a Nevis (offshore) corporation, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware corporation, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, FACTORIES2U, LLC, a California corporation, and CHAIM MARK BESS, an individual,<br><br>　　　　　Defendants. | **Case No. 04-0824 CW (WDB)**<br><br>**ORDER ALLOWING PLAINTIFF TO BRING DEMONSTRATIVE EVIDENCE INTO THE COURTROOM FOR THE JANUARY 27, 2006 HEARING** |

## ORDER

Plaintiff Sharper Image Corporation requests permission to bring certain items into the Courtroom for the hearing scheduled for 10:00 a.m., January 27, 2006. The items which plaintiff requests permission include:

1. demonstrative boards; and
2. various samples of air purifiers.

After consideration of plaintiff's request and good cause shown:

**IT IS HEREBY ORDERED** plaintiff is permitted to bring the aforementioned items into this Courtroom on January 27, 2006.

**IT IS SO ORDERED.**

1/25/06                                    /s/ CLAUDIA WILKEN

Dated:_____ ___

───────────────────────────────
Honorable Claudia Wilken
United States District Court Judge

Date: January 24, 2006         SHARPER IMAGE CORPORATION

By:/s/ Amy G. O'Toole  (electronically signed and  filed)
   e. robert (bob) wallach (SBN 29078)
   Lawyer-Counselor
   Law Offices of e. robert (bob) wallach, P.C.
   155 Jackson Street, No. 602
   San Francisco, CA  94111
   415.989.6445

   Alan L. Barry *(pro hac vice)*
   Amy G. O'Toole *(pro hac vice)*
   Heather A. Boice *(pro hac vice)*
   Bell, Boyd & Lloyd LLC
   70 West Madison Street, Suite 3100
   Chicago, IL  60602
   312.372.1121

   David L. Aronoff (SBN 152606)
   Thelen Reid & Priest LLP
   333 South Hope Street, Suite 2900
   Los Angeles, CA  90071-3048
   213.576.8044

1  *Attorneys for Plaintiff Sharper Image Corporation*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28