UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware company, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, IDEAL PRODUCTS, LLC, a Nevis company, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware company, FACTORIES2U, LLC, a California company, and CHAIM MARK BESS, an individual,<br><br>　　　　　Defendants. | Case No. C-04-0824 CW (WDB)<br><br><br><br><br><br><br>Ctrm:　2 (4th Floor)<br><br>Judge:　Judge Claudia Wilken |

**ORDER ALLOWING DEFENDANTS TO BRING DEMONSTRATIVE EVIDENCE INTO THE COURTROOM ON JANUARY 27, 2006**

---

1   Target Corporation, Ionic Pro, LLC, Qwik Cook, Inc., Ideal Products, LLC, Sylmark, Inc.,
2   Sylmark, LLC, Factories2U, LLC and Chaim Mark Bess (collectively "Defendants") hereby
3   request permission to bring certain items into the Courtroom for the hearing scheduled on January
4   27, 2006, at 10:00 a.m.  These items include:

   1.   Demonstrative boards; and

   2.   Various air purifiers.

   After consideration of Defendants' request and good cause shown, IT IS HEREBY
ORDERED THAT Defendants are permitted to bring the aforementioned demonstrative evidence
into the Courtroom on January 27, 2006.

   IT IS SO ORDERED.


   1/26/06                                              /s/ CLAUDIA WILKEN

Dated: _____    _____
                                      Hon. Claudia Wilken
                                      Judge, United States District Court


Respectfully submitted,

IRELL & MANELLA LLP
Morgan Chu
Jonathan S. Kagan
Mary Ann Novak
Elizabeth L. Rosenblatt



By:  /s/   Elizabeth L. Rosenblatt
     Elizabeth L. Rosenblatt
     Attorneys for Defendants

- 1 -

[PROPOSED] ORDER ALLOWING DEFENDANTS TO BRING DEMONSTRATIVE EVIDENCE
1440994                          (Case No. C-04-0824)