UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware corporation, IDEAL PRODUCTS, LLC, a Nevis (offshore) corporation, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware corporation, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, FACTORIES2U, LLC, a California corporation, and CHAIM MARK BESS, an individual,<br><br>  Defendants. | **Case No. C-04-0824 CW (WDB)**<br><br>**Order Granting Defendants' Administrative Motion to File Under Seal:**<br><br>**1. Portions of Defendants' and Counterclaimants' Consolidated Responses To SI's Objections/Motions To Strike Evidence Submitted in Connection with Summary Judgment Motions; and**<br><br>**2. Exhibit C of the Kagan Declaration In Support Of Defendants' and Counterclaimants' Consolidated Responses To SI's Objections/Motions To Strike Evidence Submitted in Connection with Summary Judgment Motions** |

**ORDER**

This matter came to be heard on Sharper Image Corporation's Administrative Motion to File Documents Under Seal. The Court has considered the Motion, arguments of the parties, and good cause being shown therefore,

IT IS HEREBY ORDERED THAT, **Portions of Defendants' and Counterclaimants' Consolidated Responses To SI's Objections/Motions To Strike Evidence Submitted in Connection with Summary Judgment Motions; and Exhibit C of the Kagan Declaration In Support Of Defendants' and Counterclaimants' Consolidated Responses** be filed under seal, pursuant to its terms, the Stipulated Protective Order dated Oct. 25, 2004, and Civil Local Rule 79-5.

IT IS SO ORDERED:

Dated: 1/27/06                                                                /s/ CLAUDIA WILKEN
                                                                                    U.S. DISTRICT JUDGE CLAUDIA WILKEN