1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware company, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, IDEAL PRODUCTS, LLC, a Nevis company, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware company, FACTORIES2U, LLC, a California company, and CHAIM MARK BESS, an individual,<br><br>    Defendants. | Case No. C-04-0824 CW (WDB)<br><br><br><br><br><br>Ctrm:  2 (4th Floor)<br><br>Judge: Judge Claudia Wilken |

**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE**

**DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**

---

1439021

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
(Case No. C-04-0824)

1  Defendants' Administrative Motion To File Documents Under Seal Pursuant To Local
2  Rule 79-5, came before the Court.  The Court has considered the Motion and all other matters
3  presented to the Court.

4  IT IS HEREBY ORDERED THAT the highlighted portion of Defendants' Surreply In
5  Opposition To Sharper Image Corporation's Motion For Leave To File A Third Amended
6  Complaint And Join Additional Defendants and a portion of Exhibit A to the Declaration Of
7  Elizabeth L. Rosenblatt In Support Of Defendants' Surreply In Opposition To Sharper Image
8  Corporation's Motion For Leave To File A Third Amended Complaint And Join Additional
9  Defendants be filed under seal pursuant to the Stipulated Protective Order dated October 25, 2004
10 and Civil Local Rule 79-5.

12 IT IS SO ORDERED.

14  1/27/06                                   /s/ CLAUDIA WILKEN

Dated: _____

Hon. Claudia Wilken
Judge, United States District Court

Respectfully submitted,

IRELL & MANELLA LLP
Morgan Chu
Jonathan S. Kagan
Mary Ann Novak
Elizabeth L. Rosenblatt

By:   /s/   Elizabeth L. Rosenblatt
      Elizabeth L. Rosenblatt
      Attorneys for Defendants

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
(Case No. C-04-0824)

1439021