1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware company, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, IDEAL PRODUCTS, LLC, a Nevis company, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware company, FACTORIES2U, LLC, a California company, and CHAIM MARK BESS, an individual,<br><br>                    Defendants. | Case No. C-04-0824 CW (WDB)<br><br><br><br><br><br>Ctrm:   2 (4th Floor)<br><br>Judge:  Judge Claudia Wilken |

**ORDER GRANTING PLAINTIFF SHARPER IMAGE CORPORATION'S**

**ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (D.I. 706)**

---

1438382

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION
(Case No. C-04-0824)

1  Plaintiff Sharper Image Corporation's Administrative Motion To File Documents Under
2  Seal (D.I. 706), came before the Court.  The Court has considered the Motion and all other matters
3  presented to the Court.
4  IT IS HEREBY ORDERED THAT portions of Sharper Image Corporation's Opposition
5  To Defendants' Motion To Strike And Evidentiary Objections Regarding Its Opposition To
6  Defendants' Motion For Summary Judgment and Exhibits A, B, H and I to the Declaration Of
7  Alan L. Barry In Support Of Sharper Image Corporation's Opposition To Defendants' Motion To
8  Strike be filed under seal pursuant to the Stipulated Protective Order dated October 25, 2004 and
9  Civil Local Rule 79-5.

11  IT IS SO ORDERED.

13  1/31/06     /s/ CLAUDIA WILKEN

Dated: _____    _____
Hon. Claudia Wilken
Judge, United States District Court

Respectfully submitted,

IRELL & MANELLA LLP
Morgan Chu
Jonathan S. Kagan
Mary Ann Novak
Elizabeth L. Rosenblatt

By:  /s/  Elizabeth L. Rosenblatt
     Elizabeth L. Rosenblatt
     Attorneys for Defendants

- 1 -