UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware company, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, IDEAL PRODUCTS, LLC, a Nevis company, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware company, FACTORIES2U, LLC, a California company, and CHAIM MARK BESS, an individual,<br><br>Defendants. | Case No. C-04-0824 CW (WDB)<br><br><br><br><br><br><br><br>Ctrm:  2 (4th Floor)<br><br>Judge:  Judge Claudia Wilken |

**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE**

**DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5**

1  Defendants' Administrative Motion To File Documents Under Seal Pursuant To Local

2  Rule 79-5, came before the Court. The Court has considered the Motion and all other matters

3  presented to the Court. **No good cause shown,**

4  IT IS HEREBY ORDERED THAT the highlighted portion of Defendants' Reply Brief In

5  Support Of Their Motion To Strike And Evidentiary Objections Regarding Plaintiff Sharper

6  Image Corporation's Opposition To Defendants' Motion For Summary Judgment at 4:5 **not** be

7  filed under seal pursuant to the Stipulated Protective Order dated October 25, 2004 and Civil

8  Local Rule 79-5. **Defendants shall file a properly redacted version in the public docket.**

9

10  IT IS SO ORDERED.

11

12  2/1/06                                                           /s/ CLAUDIA WILKEN

13

14  Dated: _____

Hon. Claudia Wilken
Judge, United States District Court

15

16  Respectfully submitted,

17

18  IRELL & MANELLA LLP
Morgan Chu
19  Jonathan S. Kagan
Mary Ann Novak
20  Elizabeth L. Rosenblatt

21

22

23  By:  /s/   Elizabeth L. Rosenblatt
Elizabeth L. Rosenblatt
24  Attorneys for Defendants

25

26

27

28

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
1439350                                                (Case No. C-04-0824)