UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware company, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, IDEAL PRODUCTS, LLC, a Nevis company, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware company, FACTORIES2U, LLC, a California company, and CHAIM MARK BESS, an individual,<br><br>  Defendants. | Case No. C-04-0824 CW (WDB)<br><br><br><br><br><br>Ctrm:  2 (4th Floor)<br><br>Judge:  Judge Claudia Wilken |

**ORDER GRANTING-IN-PART AND DENYING-IN-PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DOCKET ITEMS 570 AND 577**

Defendants' Administrative Motion to File Under Seal came before the Court. The Court has considered the Motion and all other matters presented to the Court.

IT IS HEREBY ORDERED THAT Exhibits A, B, C, D, G, H, I, J, K, L (with respect to IP 8822), M, N, O, U, CC, MM, TT, UU, VV, WW, XX, YY, AAA, CCC and DDD to the Declaration Of Alan L. Barry In Support Of Sharper Image Corporation's Opposition To Defendants' Motion For Summary Judgment (Docket Item 577) be filed under seal pursuant to the Stipulated Protective Order dated October 25, 2004 and Civil Local Rule 79-5.

The motion is denied with respect to Exhibit L (the remaining portion), X and LL to Docket Item 577.

The motion is also denied as moot with respect to portions of Plaintiff Sharper Image Corporation's Opposition To Defendants' Motion For Summary Judgment, Docket Item 570, as the paper has been removed from the docket.

IT IS SO ORDERED.

2/1/06                                             /s/ CLAUDIA WILKEN

Dated: _____

Hon. Claudia Wilken
Judge, United States District Court

Respectfully submitted,

IRELL & MANELLA LLP
Morgan Chu
Jonathan S. Kagan
Mary Ann Novak
Elizabeth L. Rosenblatt


By:  /s/   Elizabeth L. Rosenblatt
     Elizabeth L. Rosenblatt
     Attorneys for Defendants

- 1 -

1428378      [PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART  PLAINTIFF'S
             ADMINISTRATIVE MOTION (Case No. C-04-0824)