UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation, | ) ) Case No. C-04-0824 CW (WDB) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware company, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, IDEAL PRODUCTS, LLC, a Nevis company, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware company, FACTORIES2U, LLC, a California company, CHAIM MARK BESS, an individual, and PETER SPIEGEL, an individual, | ) ) ) ) ) ) Ctrm:  2 (4th Floor) ) ) Judge: Honorable Claudia Wilken ) ) ) ) |
| Defendants. | ) ) |

**ORDER GRANTING PLAINTIFF SHARPER IMAGE CORPORATION'S ADMINISTRATIVE MOTION TO FILE EXHIBITS G, H, P AND Q TO THE DECLARATION OF ALAN L. BARRY IN SUPPORT OF SHARPER IMAGE CORPORATION'S MOTIONS *IN LIMINE* UNDER SEAL [D.I. 883]**

1 | Plaintiff Sharper Image Corporation's Administrative Motion To File Exhibits G, H, P And Q To The Declaration Of Alan L. Barry In Support Of Sharper Image Corporation's Motions *In Limine* Under Seal came before the Court. The Court has considered the Motion and all other matters presented to the Court.

IT IS HEREBY ORDERED THAT Exhibit G at 6:20-7:7 and 10:20-22 to the Declaration Of Alan. L. Barry In Support Of Sharper Image Corporation's Motions *In Limine* be filed under seal pursuant to the Stipulated Protective Order dated October 25, 2004 and Civil Local Rule 79-5.

Exhibits G (the remaining portion), H, P and Q to the Declaration Of Alan L. Barry In Support Of Sharper Image Corporation's Motions *In Limine* shall be filed in the public record.

IT IS SO ORDERED.

5/16/06                                    /s/ CLAUDIA WILKEN

Dated: _____     _____
                                   Hon. Claudia Wilken
                                   Judge, United States District Court

Respectfully submitted,

IRELL & MANELLA LLP
Morgan Chu
Jonathan S. Kagan
Mary Ann Novak
Elizabeth L. Rosenblatt


By:   /s/   Elizabeth L. Rosenblatt
      Elizabeth L. Rosenblatt
      Attorneys for Defendants