1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SHARPER IMAGE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE MAY DEPARTMENT STORES COMPANY, a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, IONIC PRO, LLC, a Delaware corporation, IDEAL PRODUCTS, LLC, a Nevis (offshore) corporation, SYLMARK, INC., a Delaware corporation, SYLMARK, LLC, a Delaware corporation, QWIK COOK, INC. d/b/a HOME TRENDS, a New York corporation, FACTORIES2U, LLC, a California corporation, CHAIM MARK BESS, an individual, and PETER SPIEGEL, an individual,<br><br>Defendants. | **Case No. 04-0824 CW (WDB)**<br><br>**JOINT STIPULATION AND ORDER GRANTING TIME CHANGE** |

**RECITALS**

1. WHEREAS, on May 16, 2006, the Court issued an Order On Motions To Seal, D.I. 928, regarding certain documents the parties moved to file under seal;

2. WHEREAS, the Court sealed certain documents but denied Defendants' administrative motions to seal certain other documents;

3. WHEREAS, the Court ordered that "[e]xcept for those documents which the Court has found in this order to be properly sealed, in whole or in part, the Court will strike from the docket all documents filed under seal in connection with the motions addressed in the Court's March 29, 2006 Order Addressing Cross-Motions for Summary Judgment;"

4. WHEREAS, the Court ordered "[b]oth Defendants and Plaintiff must file, within a week of this order, new copies of all documents to be filed in their entirety in the public file. The parties must also file new redacted public versions of all documents containing portions properly sealed and portions which the Court has determined are not sealable;"

5. WHEREAS, Sharper Image Corporation ("Sharper Image") has been working diligently to comply with the Court's May 16, 2006 Order, but it requires additional time to complete compliance;

6. WHEREAS, the parties agree to allow Sharper Image additional time to comply with the Court's May 16, 2006 Order.

THEREFORE:

**STIPULATION**

IT IS HEREBY STIPULATED, by and between counsel for Plaintiff and counsel for Defendants, that Sharper Image be granted an extension of time until June 2, 2006, to comply with this Court's May 16, 2006 Order, D.I. 928.

IT IS SO STIPULATED:

    e. robert (bob) wallach (29078)
    Lawyer-Counselor
    Law Offices of e. robert (bob) wallach, P.C.
    P. O. Box 2670
    San Francisco, CA  94126-2670
    155 Jackson Street, No. 602
    San Francisco, CA  94111
    Telephone:  (415) 989-6445

    David L. Aronoff (152606)
    Patrick M. Ryan (203215)
    Brian Hennessy (226721)
    Thelen Reid & Priest LLP
    333 South Hope Street, Suite 2900
    Los Angeles, CA  90071-3048
    Telephone:  (213) 576-8044

    Alan L. Barry *(pro hac vice)*
    Amy G. O'Toole *(pro hac vice)*
    Heather A. Boice *(pro hac vice)*
    Bell, Boyd & Lloyd LLC
    Three First National Plaza
    70 West Madison, Suite 3300
    Chicago, IL  60602
    Telephone:  (312) 372-1121

Dated: May 25, 2006          /s/ _Alan L. Barry (electronically signed)_____
                                        Alan L. Barry, counsel for Plaintiff Sharper Image Corporation

    IRELL & MANELLA LLP
    Morgan Chu (70446)
    Jonathan S. Kagan (166039)
    Mary Ann Novak (202502)
    Elizabeth L. Rosenblatt (203196)
    1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
    Telephone:  (310) 277-1010

Dated: May 25, 2006          /s/ _Elizabeth L. Rosenblatt (electronically signed)_
                                        Elizabeth L. Rosenblatt, counsel for Defendants Target Corporation, Ionic Pro, LLC, Ideal Products, LLC, Sylmark, Inc., Sylmark, LLC, Qwik Cook, Inc. d/b/a Home Trends, Factories2U, LLC, Chaim Mark Bess, and Peter Spiegel

1  I, Alan L. Barry, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the
2  concurrence to the filing of this document has been obtained from each signatory hereto.

3

4  /s/  Alan L. Barry (electronically signed)_____
   Attorney for SHARPER IMAGE CORPORATION, Plaintiff
5

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7  Dated:  May 26, 2006

8  /s/ CLAUDIA WILKEN

9  HONORABLE CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE
10

4

*Joint Stipulation and [Proposed]*
*Order Granting Time Change*
*Case No. C-04-0824 CW (WDB)*

**CERTIFICATE OF SERVICE**

I am a citizen of the United States of America, and I am employed in Chicago, Illinois. I am over the age of 18 and not a party to the within action. My business address is 70 West Madison Street, Suite 3300, Chicago, Illinois 60602.

On May 25, 2006, I served the Joint Stipulation and [Proposed] Order Granting Time Change by e-filing on the parties or their counsel shown below:

> Morgan Chu
> Jonathan S. Kagan
> Mary Ann Novak
> Elizabeth L. Rosenblatt
> Irell & Manella LLP
> 1800 Avenue of the Stars, Suite 900
> Los Angeles, California  90067-4276

/s/ Alan L. Barry (electronically filed)